```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KUDO INC.,                                                    :
                                                              :
                                                              :   ORDER REGULATING
                                    Plaintiff,                :   PROCEEDINGS
            -against-                                         :
                                                              :   21 Civ. 6462 (AKH)
KUDOS INC.,                                                   :
                                                              :
                                    Defendant.                :
                                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defense counsel is not admitted to practice in this Court, and by email copying Plaintiff's, represented to me, that he is unable to file on ECF the answer in the above-captioned matter that is due today, November 24, 2021. He stated that although he is associating himself with local counsel, said local counsel is unable to file the answer this week due to the holiday. Therefore, defense counsel requested an extension of time to file its answer.[1]

      Due to the holiday and temporary unavailability of local counsel, Defendant shall have until December 1, 2021 to file its answer on ECF. The parties are advised that no emails hereafter will be accepted. ECF filings are required unless otherwise provided by the Federal Rules of Civil Procedure, the Local Rules, or my Individual Rules.

      SO ORDERED.

Dated:    November 24, 2021                  /s/ Alvin K. Hellerstein
            New York, New York                 ALVIN K. HELLERSTEIN
                                                          United States District Judge

---

[1] Defense counsel also referenced pending settlement discussions and a potential stipulation between the parties, extending the time for Defendant to answer in light of those discussions; however, Plaintiff has not consented. Therefore, I am not granting an extension on these grounds and intend to give Defendant only the time necessary to allow local counsel to file on ECF.